Joseph Ward McIntosh, WSBA #39470
McCarthy & Holthus, LLP
108 1st Ave. S., Suite 400
Seattle, WA 98104
Telephone: 206-399-5034
Facsimile: 206-274-4902

The Honorable Christopher M. Alston
Chapter 7

Attorneys for Plaintiff Navy Federal Credit Union

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In Re:

JAMESON BRADLEY KAYE and CHELSEA RENAE KAYE,

Debtor.

NAVY FEDERAL CREDIT UNION,

Plaintiff,

v.

JAMESON BRADLEY KAYE and CHELSEA RENAE KAYE,

Defendant.

Case No. 22-11795-CMA

Adversary No.

COMPLAINT FOR NONDISCHARGEABILITY OF DEBT

Plaintiff Navy Federal Credit Union, "Navy Federal," alleges as follows.

**I.      PARTIES**

1.     Plaintiff Navy Federal is a credit union and a creditor of the debtors' bankruptcy estate.

2.     Defendants Jameson Bradley Kaye and Chelsea Renae Kaye, husband and wife, are co-debtors in the underlying bankruptcy.

**II.     JURISDICTION AND VENUE**

3.     This is a core proceeding within the meaning of 28 USC 157(b)(2)(I) seeking determination regarding the amount and dischargeability of certain debts under certain provisions of 11 USC 523

Complaint for Nondischargeability of Debt –
Page -1-
MH #WA-22-172377

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104

and is an adversary proceeding brought in accordance with FRBP 4004, 4007, 7001(4) and 7001(6).

4. The Court has jurisdiction in this matter pursuant to 28 USC 151, 157 and 1334.

5. Venue is proper pursuant to 28 USC 1409.

### III. FACTS

6. On or about 8/30/2022, Jameson Kaye made a written application to Navy Federal for a $50,000.00 personal loan, payable by way of monthly payments.

7. In the written application, Kaye made the following material representations:

    a. The purpose of the loan was personal expenses.

    b. Kay intended personal repayment of the loan.

    c. Kaye had the ability to make the monthly payments based on his household income and expenses.

8. The loan was approved based on Kaye's representations.

9. On 8/31/2022, Kaye gave Navy Federal a promissory note, promising personal repayment of the loan by way of monthly installments.

10. On 8/31/2022, Navy Federal deposited the $50,000.00 loan proceeds into Kaye's personal bank account.

11. On 9/2/2022, Kaye transferred the $50,000.00 loan proceeds to a KeyBank checking account held by a business called "Washington Transfer". Washington Transfer is owned and operated by Kaye.

12. The KeyBank checking account is an operating account for Washington Transfer. Washington Transfer used the $50,000.00 loan proceeds for its expenses and operations.

13. Kaye did not make payments on the loan. Kaye never intended personal repayment of the

Complaint for Nondischargeability of Debt –  
Page -2-  
MH #WA-22-172377

McCarthy & Holthus LLP  
108 1st Ave S, Ste 400  
Seattle, WA 98104

loan.

14. On 11/7/2022, Kaye and his co-debtor filed the underlying personal Chapter 7 bankruptcy. Kaye seeks personal discharge of the debt.

15. Navy Federal objects to discharge.

## IV. CAUSE OF ACTION #1

**(False Representation, False Pretenses, Actual Fraud - 11 USC 523(a)(2)(A))**

16. Navy Federal incorporates its prior averments.

17. Kaye's representations about loan were false. The loan was for the benefit of a non-applicant, Washington Transfer.

18. Kaye personally incurred the debt without the intent to repay.

19. Kaye obtained the loan under false representation, false pretenses and actual fraud.

20. The debt is nondischargeable under 11 USC 523(a)(2)(A).

## V. CAUSE OF ACTION #2

**(Use of False Writing – 11 USC 523(a)(2)(B))**

21. Navy Federal incorporates its prior averments.

22. Kaye's representations were in writing, were materially false, respected his financial condition, and were made with the intent to deceive.

23. Navy Federal reasonably relied upon the representations to approve the loan. Business loans are handled through a separate entity.

24. The debt is nondischargeable under 11 USC 523(a)(2)(B).

## PRAYER

Navy Federal prays for the following relief:

1. Judgment of debt nondischargeability;

Complaint for Nondischargeability of Debt – 
Page -3-
MH #WA-22-172377

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104

2. Costs and attorney's fees;

3. For any other further relief as the Court may deem proper.

DATED January 19, 2023



_____
Joseph Ward McIntosh, WSBA #39470
206-399-5034
jmcintosh@mccarthyholthus.com
Attorney for Plaintiff

WA-22-172377

Complaint for Nondischargeability of Debt –
Page -4-
MH #WA-22-172377

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104