UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In Re: | Case No. 22-11795-MLB |
|---|---|
| JAMESON BRADLEY KAYE and CHELSEA RENAE KAYE, | Adversary No. 23-01003-CMA |
| Debtor. | DECLARATION OF DAWN KIRBY |
| NAVY FEDERAL CREDIT UNION, Plaintiff, | |
| v. | |
| JAMESON BRADLEY KAYE and CHELSEA RENAE KAYE, | |
| Plaintiff. | |

The undersigned declares as follows:

1.    I am the Manager for the Consumer Portfolio Team for Plaintiff Navy Federal Credit Union. I am over the age of eighteen and am competent to speak to the matters herein.

2.    I am familiar with Plaintiff's consumer lending practices.  I am also familiar with Mr. Kaye's loan.

3.    Mr. Kaye's loan application was approved by a team underwriter.  After approval, Mr. Kaye signed the promissory note attached as Exhibit B to the Declaration of Malaly Tabibi.

4.    The promissory note exhibit includes the entire agreement.  There is no outside binder of incorporated terms.

5.    The promissory note includes the "Security Agreement" paragraph on page 2, and the

Page -1-

"Truth-in-Lending Disclosure" box on page 1.

6.     The "S" after "Personal Expense" is short for "Signature", which means no collateral. Plaintiff offers collateralized personal loans, but they are not available by digital application.

7.     The consumer loan product Mr. Kaye applied-for is for personal use, only. The loan application and contract specifically require representations of personal use.

8.     The loan would not have been approved had Plaintiff known the loan proceeds were intended for business use. Loans for business use are handled by a different credit union department with different underwriting procedures.

9.     The loan was also approved based on Mr. Kaye's personal financials represented in the application.

10.    I declare under the penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

SIGNATURE(S) ON NEXT PAGE

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104

DATED _10/29/2023_ and SIGNED AT _NFCU HQ, Vienna, VA_ (Place)

_Dawn K.B_

By: Dawn Kirby
Its: Manager for the Consumer Portfolio Team
WA-22-172377

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104