1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In Re: | Case No. 22-11795-MLB |
|---|---|
| JAMESON BRADLEY KAYE and CHELSEA RENAE KAYE, | Adversary No. 23-01003-CMA |
| Debtor. | DECLARATION OF AARON KING |
| NAVY FEDERAL CREDIT UNION, | |
| Plaintiff, | |
| v. | |
| JAMESON BRADLEY KAYE and CHELSEA RENAE KAYE, | |
| Plaintiff. | |

The undersigned declares as follows:

1.      I am a Business Systems Analyst for Plaintiff Navy Federal Credit Union.  I am over the age of eighteen and am competent to speak to the matters herein.

2.      I am familiar with Plaintiff's digital loan application system.  I am also familiar with Mr. Kaye's loan.

3.      Mr. Kaye applied for the loan using Plaintiff's digital system.

4.      At the beginning of the digital application, Mr. Kaye was presented with a list of consumer loans available.   The consumer loan options were "Mortgage and Home Equity," "Auto Loan," "Credit Card," and "Personal Loan."   The digital screen presented to Mr. Kaye looked substantially, as follows:

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104



5.   Mr. Kaye affirmatively selected "Personal Loan."

6.   Mr. Kaye completed and submitted to Plaintiff a digital "Personal Loan" application. Exhibit A to the Declaration of Malaly Tabibi is a consolidation of the information that Mr. Kaye selected and provided while completing the digital application.

7.   I declare under the penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

SIGNATURE(S) ON NEXT PAGE

DATED _____6/29/2023_____ and SIGNED AT _____Navy Federal CU, Pensacola, Florida_____(Place)

By: Aaron King
Its: Business Systems Analyst
WA-22-172377