UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In Re:<br><br>JAMESON BRADLEY KAYE and CHELSEA RENAE KAYE,<br>Debtor.<br><br>NAVY FEDERAL CREDIT UNION,<br>Plaintiff,<br>v.<br><br>JAMESON BRADLEY KAYE and CHELSEA RENAE KAYE,<br>Plaintiff. | Case No. 22-11795-MLB<br><br>Adversary No. 23-01003-CMA<br><br>DECLARATION OF JOSEPH WARD MCINTOSH |
|---|---|

The undersigned declares as follows:

1. I am the attorney for Plaintiff. I make this declaration based on personal knowledge.

2. Attached as Exhibit A to Plaintiff's motion for summary judgment, Dkt #10-1, is a copy of Defendants' written discovery answers. Attached as Exhibit B is copy of financial schedules from Defendants' underlying bankruptcy.

3. I declare under the penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

SIGNATURE(S) ON NEXT PAGE

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104

DATED Thursday, June 29, 2023 and SIGNED AT North Bend, Washington.

Joseph Ward McIntosh

__________________________________

Joseph Ward McIntosh
WA-22-172377

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104